# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: __11-cv-20152-Altonaga/Brown__

GUSTAVO ABELLA

Plaintiff(s)

v.

FILED by _ML_ D.C.

JAN 14 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

Town of Miami Lakes Councilwoman NANCY SIMON;

and,

Town of Miami Lakes Police Officer JUAN F. RODRIGUEZ

Defendant(s)

## COMPLAINT

I, __GUSTAVO ABELLA, Pro Se__ plaintiff, in the above styled cause, sues defendant(s); __NANCY SIMON, individually and/or in her capacity of elected official and Miami Lakes Police Officer__.

*(Allegation of jurisdiction, i.e., under which federal law or section of the U.S. Constitution this action is being filed)*

This action is filed under: __Title 18, U.S.C., Section 241 Conspiracy Against Rights.- This statute makes it unlawful for two or more persons to conspire to injure, oppress, threaten, or intimidate any person of any state, territory or district in the free exercise or enjoyment of any right or privilege secured to him/her by the Constitution or the laws of the United States, (or because of his/her having exercised the same).__

*(Statement of Facts)*

Since the year 2007, Miami Lakes Councilwoman (at that time) Nancy Simon has used and abused her official position to manipulate Law Enforcement Police Officers as Officer Juan F. Rodriguez to punish, retaliate, stalk, and harass the plaintiff, Gustavo Abella and his family because his wife complaint about her unlicensed activity as a Real Estate Agent. Nancy Simon has filed false accusations against the Plaintiff, Gustavo Abella and his wife Miriam Mendoza, and filed a Temporary Restraining Order with false accusations and brought with her as a witness Officer Juan F. Rodriguez. After 3 different Court Hearings during the month of January 2008 and more than 10 hours at the Court, Judge Brennan dismissed the case. The harassment from both defendants did not stop there, it increased. Now, since November 2007 thru November 2008 Nancy Simon was the Vice Mayor of the Town of Miami Lakes. The Police presence outside the Plaintiff's Condominium increased almost on a daily basis, besides having Miami Lakes Police Officer Juan F. Rodriguez, stalking, harassing, intimidating the Plaintiff's family in their way to drop off and pick up their minor daughter at her school. During the year 2007 when Plaintiff Gustavo Abella and his wife Miriam Mendoza used to attend Town Meetings and voice their opinion and if it was in disagreement with Councilwoman Nancy Simon's opinion Plaintiff will have Officer Juan Rodriguez harassing him, asking him a) to remove a sign posted in his vehicle, b) placing a watch order where Plaintiff used to take her daughter for ballet classes at the Community Center c) giving Plaintiff parking tickets outside their daughter's school where it was allowed to park because of the lack of parking spaces. It's been almost 4 years since Plaintiff and his wife started complaining against Police Officer Juan F. Rodriguez, but his Supervisor and the Miami Dade Internal Affairs have not done anything to stop this situation. It has continue throughout this 4 years and the most recent incident was on December 2010. Plaintiff's minor daughter is in fear because of the attitude, behavior, harassment, intimidation of this Police Officer and also because of the way he drives cutting the Plaintiff off with his official car and nobody can stop him. On January 2008 Nancy Simon made 2 flyers with libel information (which she denied) and were distributed in the condo complex where the Plaintiff and his family reside. One of the flyers includes information when the Plaintiff and Officer Juan Rodriguez went to Court for a parking ticket. Nobody else knew that information and it was included in these flyers that had the picture of NANCY SIMON and the message tothe residents is in her capacity of elected official where also a neighbor of the Plaintiff participated in the distributionof these flyers; there is a witness and have been deposed already for a civil lawsuit against procedure person involved in the distribution of libel information. Official phone records show that Police Officer Juan F. Rodriguez called Plaintiff's neighbor's house and work, Thomas Calvey (person who was seen distributing the flyers with who also stated to an Investigator from the Miami Dade Commission on Ethics that Nancy Simon's campaign people was seen distributing the flyers with libel info), around the days that the flyers where distributed to the residents of condominium complex where the Plaintiff resides with his family.

*(Relief request, i.e., State what you want the Court to do or award)*

Wherefore, Plaintiff GUSTAVO ABELLA, respectfully Requests and Prays that this Court declare that the actions of the Defendants, NANCY SIMON, individually and/or in her capacity of elected official and Miami Lakes Police Officer Juan F. Rodriguez, as alleged herein constitute and abuse of their authority and a violation of Plaintiff's civil rights; also declare that the actions of these Defendants Simon and Rodriguez, constitute an invasion of the privacy rights of a private citizen and award Plaintiff Abella all available damages and relief, including punitive damages, costs and all other monetary equitable relief available. Plaintiff Gustavo Abella demands a jury trial on all matters so triable.

Signed this **13** day of **January**, 20 **11**.

| GUSTAVO ABELLA, Pro Se | *[signature]* |
|---|---|
| Printed or typed name of Filer | Signature of Filer |
| | Keepingmlml@yahoo.com |
| Florida Bar Number | E-mail address |
| 305-305-6622 | |
| Phone Number | Facsimile Number |
| 7400 MIAMI LAKES DR., APT. D-108 | |
| Street Address | |
| MIAMI LAKES, FL 33014 | |
| City, State, Zip Code | |