UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20152-CIV-ALTONAGA/Brown

**GUSTAVO ABELLA**,

    Plaintiff,

vs.

**TOWN OF MIAMI LAKES**
**COUNSEL WOMAN**
**NANCY SIMON**, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on Plaintiff, Gustavo Abella's Application to Proceed in District Court Without Prepaying Fees or Costs (the "IFP Motion") [ECF No. 4], filed January 14, 2011. The IFP Motion is accompanied by an affidavit that states the Plaintiff currently receives no pay or wages and that he has received no income during the last 12 months from any source. (*See* IFP Motion ¶ 3). The affidavit also explains that Plaintiff is behind by two months on his electricity bill. (*Id*. ¶ 6). Taking these two facts together, it appears Plaintiff has had the means to meet his electricity bill obligations for most of the past 12 months; however, the Plaintiff's affidavit does not explain how Plaintiff met those obligations.

Moreover, the affidavit does not specify any monthly expenses except for the electricity bill. Without more complete information about Plaintiff's basic expenses such as other utility payments, fuel costs for Plaintiff's automobile, and food, and without a more explicit explanation of Plaintiff's income over the past 12 months, the Court cannot grant the IFP Motion.[1] Being fully advised, it is

---

[1] If the Plaintiff has relied on savings or credit to meet his monthly expenses he should explicitly say so in any renewed motion for IFP status.

Case No. 11-20152-CIV-Altonaga/Brown

**ORDERED AND ADJUDGED** that the IFP Motion [ECF No. 4] is **DENIED without prejudice**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 18th day of January, 2011.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record
Gustavo A. Abella, *pro se*