AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

FILED by _____ D.C.

JAN 24 2011

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

GUSTAVO ABELLA, Pro Se            )
_____ )
            *Plaintiff/Petitioner*       )
Town of Miami Lakes Council woman Nancy )  Civil Action No.  11-20152-CIV-ALTONAGA/Brown
Simon,       *Defendant/Respondent*   )
Town of Miami Lakes Police Officer Juan F. Rodriguez )

**APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS**
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____ .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:



My gross pay or wages are:   $ _____ 0.00 , and my take-home pay or wages are:  $ _____ 0.00 per

*(specify pay period)*  _____ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

    (a) Business, profession, or other self-employment       ❏ Yes       ☑ No
    (b) Rent payments, interest, or dividends                ❏ Yes       ☑ No
    (c) Pension, annuity, or life insurance payments         ❏ Yes       ☑ No
    (d) Disability, or worker's compensation payments        ❏ Yes       ☑ No
    (e) Gifts, or inheritances                               ❏ Yes       ☑ No
    (f) Any other sources                                    ☑ Yes       ❏ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

Many of our relatives and friends have helped us to pay for our electricity, phone and automobile's fuel. My wife and I owe money to many of our relatives and friends. At the present time, I am not able to pay the fee to present this case in court. I have not been able to work or function properly because of the harassment, the oppression, the intimidation, the threats and the stalking that my family and I are being put thru by Miami Lakes elected official, Nancy Simon, and Miami Lakes Police Officer Juan F. Rodriguez out of retribution because my wife, Miriam Abella, filed a complaint with the State of Florida, Department of Business and Professional Regulation (DBPR), against Nancy Simon for unlicensed activity in Real Estate; and after Nancy Simon was found guilty, our lives have never been the same. We pray that the court gives us the opportunity to present our facts and that Nancy Simon and Juan Rodriguez are brought to Justice.

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account:  $ 2.21 .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

1999 Chevrolet Cavalier
1/1 Condominium Apartment (7400 Miami Lakes Dr., Apt. D-108, Miami Lakes, FL 33014) in Foreclosure.

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

Electricity (we owe 2 months)
Condominium Apartment is in Foreclosure  (Case Court No. 2009-83027-CA-01 in Miami Dade County Court)
Food (We have received Food Stamps since Feb. 2010)

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

Victoria Abella (daughter, age 12)
Miriam Abella (Wife)

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

Condo Mortgage $ 136,000.00  (approx.)
Credit Cards: Washington Mutual $2,272.68
              HSBC              1,503.00
              Credit One Bank     956.15

*Declaration:*  I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 01/24/2011

*Applicant's signature*

GUSTAVO ABELLA
*Printed name*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20152-CIV-ALTONAGA/Brown

GUSTAVO ABELLA,

    Plaintiff,

vs.

TOWN OF MIAMI LAKES
COUNSEL WOMAN
NANCY SIMON, *et al.*,

    Defendants.
_____/

## ORDER PROVIDING INSTRUCTIONS TO *PRO SE* LITIGANT

**THIS MATTER** is before the Court upon a *sua sponte* review of the record. *Pro se* litigants, like all litigants, must comply with the rules of civil procedure and the Court's orders. It is therefore

**ORDERED** that Plaintiff, Gustavo Abella, a *pro se* litigant, shall comply with all Federal Rules of Civil Procedure and Local Rules for the Southern District of Florida. The Local Rules may be obtained from the Clerk of the Court. Failure to comply with the federal and local rules may result in sanctions being imposed against *pro se* litigants. Some of the requirements of these rules are as follows:

1. Every pleading, motion, memorandum or other paper required and/or permitted to be filed with the Court must be filed directly with the Clerk of the Court. No letters, pleadings, motions or other documents may be sent directly to the District Judge or Magistrate Judge's chambers. Any papers improperly delivered directly to chambers will be returned and disregarded by the Court.

2. All papers filed must include the case style, case number, and appropriate title in the format required by the Local Rules. *See Sample Form Following Local Rule 5.1*. The signature

Case No. 11-20152-CIV-Altonaga

block of each pleading must also contain the *pro se* litigant's name, address and telephone number.

3. All papers filed with the Clerk of Court must also be served on the opposing counsel, or the opposing side if the opposing side is not represented by counsel. Each filing must include a certificate of service indicating the name and address of the attorney served.

4. Litigants must promptly notify the Court of any change in address by filing a "Notice of Change of Address," which also must be served on opposing counsel.

5. A *pro se* litigant who wishes to oppose a motion must respond in writing within the time periods provided by the rules of procedure.

6. Any litigant and his or her family, friends, or acquaintances may not call the Judge's chambers for legal advice about the case. Brief case status information contained on the docket sheet may be available from the Clerk of Court.

7. A *pro se* litigant bears responsibility for actively pursuing his or her case and must obtain any essential discovery, file all necessary pleadings and motions, comply with all scheduling orders, and prepare the case for trial.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 18th day of January, 2011.

*Cecilia M. Altonaga*
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record
    Gustavo A. Abella, *pro se*

2