UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-20152- CIV-ALTONAGA/Simonton

**GUSTAVO ABELLA**,

    Plaintiff,

vs.

**TOWN OF MIAMI LAKES**, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** comes before the Court on Plaintiff, Gustavo Abella's ("Abella['s]") Motion Requesting Issuance of a Stay Away Order Against Defendants Nancy Simon and Miami Dade County Police Officers to Stop the Stalking, Intimidation and Harrassment [sic] That Plaintiff Gustavo Abella Has Gone Thru [sic] This Past Week ("Motion") [ECF No. 72], filed December 12, 2011. In the Motion, Abella claims Defendant, Nancy Simon's ("Simon['s]") boyfriend has been stalking him. (*See* Mot. 2). Abella also states that unidentified police officers have been following and intimidating him; he further asserts Defendant, Raymond del Valle ("Del Valle"), "drove a couple of times across from" Abella's workplace. (*Id*. 2–3). "It is elementary that one is not bound by a judgment in personam resulting from litigation in which he is not designated as a party or to which he has not been made a party by service of process." *Zenith Radio Corp. v. Hazeltine Research, Inc.*, 395 U.S. 100, 110 (1969). Abella complains of acts by non-parties to this action over whom the Court lacks jurisdiction. To the extent he asserts Del Valle drove near his workplace twice, such assertions by themselves do not amount to stalking or intimidation. Accordingly, it is

Case No. 11-20152-CIV-ALTONAGA/Simonton

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 72]** is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami-Dade, County, Florida, this 12th day of December, 2011.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record
Gustavo Abella, *Pro Se*