UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-CIV-20152-ALTONAGA-BROWN

GUSTAVO ABELLA, *Pro-Se*

    Plaintiff,

v.

TOWN OF MIAMI LAKES,
COUNCILWOMAN NANCY SIMON, Individually
And Official Capacity
MIAMI-DADE COUNTY,
OFFICER JUAN F. RODRIGUEZ, Individually,
OFFICER HECTOR VALLS, Individually,
OFFICER BENJAMIN RIVERA, Individually,
OFFICER RAYMOND DEL VALLE, Individually,
OFFICER A. SALAZAR, Individually,
OFFICER RICHARD BAEZ, Individually,
JOHN DOE OFFICERS, Individually,
MAJOR FRANK BOCANEGRA, Individually, and
EX-POLICE CHIEF ROBERT PARKER, Individually,

    Defendants.
_____/

FILED by ___ D.C.
DEC 14 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

## PLAINTIFF GUSTAVO ABELLA'S MOTION REQUESTING DEFENDANT NANCY SIMON ATTORNEY'S FEES TO BE DENIED

Plaintiff Gustavo Abella hereby request to this Honorable Court to Deny Defendant Nancy Simon's Attorney's Fees due to the fact that as per Court Order, Document #68, dated 11/28/2011, Count I against Defendant Nancy Simon survived her Motion to Dismiss and is still in the process of Discovery along with other Defendants.

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed this 14=th day of December, 2011, to Jeff Hochman, Esq., 2455 E. Sunrise Blvd., Suite 1000, Fort Lauderdale, FL 33304 and emailed to Hochman@jamb.com. Also a correct copy of the foregoing was mailed to Brenda Kuhn Neuman, Esq., Assistant County Attorney, 111 NW 1st Street, Suite 2810, Miami FL 33128 and emailed to: bjk@miamidade.gov .

_____
GUSTAVO ABELLA

7400 Miami Lakes Dr., D-108
Miami Lakes, FL 33014
Ph: 305-305-6622
Email: keepingmlml@yahoo.com