UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-20152- CIV-ALTONAGA/Simonton

**GUSTAVO ABELLA**,

    Plaintiff,

vs.

**TOWN OF MIAMI LAKES**, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** comes before the Court on Plaintiff, Gustavo Abella's Motion Requesting Defendant Nancy Simon Attorney's Fees To Be Denied ("Fees Motion") [ECF No. 76], filed on December 14, 2011. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Fees Motion **[ECF No. 76]** is **DENIED**. Defendant Nancy Simon has not filed a motion requesting attorney's fees.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 14th day of December, 2011.

                                                  _____
                                                  **CECILIA M. ALTONAGA**
                                                  **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record
         Gustavo Abella, *Pro Se*