UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20152-CIV-ALTONAGA/Simonton

**GUSTAVO ABELLA**,

    Plaintiff,

vs.

**TOWN OF MIAMI LAKES**, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on Plaintiff's Motion Requesting This Court to Re-Write Interrogatories or Order Defendants Police Officers Juan Rodriguez, A. Salazar, Raymond Del Valle and Major Frank Bocanegra to Compel Answer Interrogatories [ECF No. 88]. This case is presently administratively closed during the pendency of the appeal filed by several of the Defendants, for the reasons explained in the Order of December 27. Accordingly, it is

**ORDERED AND ADJUDGED** that the Motion is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 28th day of December, 2011.

*[signature]*
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record
        Gustavo Abella, *Pro Se*