UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-CIV-20152-ALTONAGA-SIMONTON

GUSTAVO ABELLA, *Pro-Se*

    Plaintiff,

v.

TOWN OF MIAMI LAKES,
COUNCILWOMAN NANCY SIMON, Individually
And Official Capacity
MIAMI-DADE COUNTY,
OFFICER JUAN F. RODRIGUEZ, Individually,
OFFICER BENJAMIN RIVERA, Individually,
OFFICER RICHARD BAEZ, Individually,
MAJOR FRANK BOCANEGRA, Individually

    Defendants,
_____/

FILED by ASS D.C.
NOV 14 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

## PLAINTIFF'S MOTION FOR SANCTIONS AGAINST COUNSEL MARCOS MARTINEZ

Plaintiff, Gustavo Abella, hereby requests to this Honorable court to enter an Order for Sanctions against Defendant Nancy Simon's Counsel, Marcos Martinez for inappropriate conduct and behavior against Plaintiff, Gustavo Abella, while complying with the Court in trying to set up a date for Mediation. Plaintiff's reasons are as follows:

1. On November 8th, 2012, Counsel Marcos Martinez sent an email to Plaintiff Abella asking if he had contacted the Mediator regarding the available dates in order to file the proposed order scheduling mediation by November 13th, 2012. (See Exhibit "A").

2. On the same date, November 8th, 2012, Plaintiff Abella answered Counsel Martinez's email with copy to DKerbel, Counsel for Defendants Miami Dade Police Officers, stating that Plaintiff had contacted already the Mediator assigned by this Court and also were

1

giving the following dates available: November 20th, 27th, 28th, December 4th, and 5th, and the times for each day would be either 10 a.m. or 1 p.m., to which Plaintiff stated that he was not able to have Mediation on November but any of the dates of December. Also, Plaintiff asked both Counsel for Defendants of the date and time that best suit them to have the Mediation. (See Exhibit "B").

3. On November 9th, 2012, Counsel Marcos Martinez sent Plaintiff an email mocking Plaintiff of being an overly-ambitious person. Also, Counsel Martinez states in his email that he is planning to depose my minor daughter besides my wife and me. (See Exhibit "C").

4. On November 12th, 2012, Plaintiff received a phone call from Counsel Marcos Martinez; Plaintiff tried to set up a date for the Mediation and also told Counsel Martinez that Plaintiff's minor daughter will not be deposed because of everything she has gone through. Plaintiff asked Counsel Martinez if he had read the Amended Complaint that details everything Plaintiff and his family have gone through and Counsel Martinez answered yes and stated to Plaintiff that "He can do whatever he feels like and that he (plaintiff) cannot do anything. Plaintiff explained to Counsel Martinez that his minor daughter has gone through a lot of stress and that lately she has had to go to the Neurologist, Cardiologist and Counsel Martinez was hostile, angry and stated again that He can do whatever he feels like and that Plaintiff cannot do anything about it. Counsel Martinez stated twice to Plaintiff "that it is none of his (Plaintiff's) business" whatever Counsel Martinez does. Also, Counsel Martinez stated to Plaintiff that Mediation would be set in the dates that he has requested and not on those that were given to Plaintiff. His attitude was unprofessional and disrespectful toward Plaintiff.

5. Later on that same day, November 12th, 2012, Counsel Martinez sent an email to Plaintiff with copy to DKerbel, Counsel for Defendants Miami Dade Police Officers, stating that Plaintiff (I) threaten his family which is not true. (See Exhibit "D").

WHEREFORE, Plaintiff, Gustavo Abella, requests and prays to this Honorable court to enter an Order for Sanctions against Defendant Nancy Simon's Counsel, Marcos Martinez, as the Court may deem just and proper.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed this 14th day of November of 2012, to Jeff Hochman, Esq., Hochman@jambg.com; Marcos Martinez, Martinez@jambg.com; 2455 E. Sunrise Blvd., Suite 1000, Fort Lauderdale, FL 33304 and to: Dennis A. Kerbel., Esq. dkerbel@miamidade.gov; Brenda Kuhn Neuman, Esq., bjk@miamidade.gov; Annery Pulgar Alfonso, Annery@miamidade.gov; Assistant County Attorneys, Miami Dade County Attorney's Office, 111 NW 1st Street, Suite 2810, Miami FL 33128.

GUSTAVO ABELLA

7400 Miami Lakes Dr., D-108
Miami Lakes, FL 33014
Ph: 305-305-6622
Email: keepingmlml@yahoo.com

3

**From:** Marcos Martinez <martinez@jambg.com>
**To:** Gus Abella <keepingmlml@yahoo.com>; "Kerbel, Dennis A. (CAO)" <dkerbel@miamidade.gov>
**Sent:** Thursday, November 8, 2012 1:24 PM
**Subject:** Abella v. Simon

Mr. Abella: Have you contacted the mediator regarding his available dates? We are required to file a proposed order scheduling mediation by November 13th. We should be looking for dates in January or February 2013.

Dennis, are you comfortable with that general time frame?

Very truly yours,

J. Marcos Martinez, Esq.
Johnson, Anselmo, Murdoch, Burke,
 Piper & Hochman, P.A.
2455 E. Sunrise Blvd., Suite 1000
Ft. Lauderdale, FL 33304
P: 954.463.0100

EXHIBIT "A"

11/14/12                                    Print

Subject: Re: Abella v. Simon
From:    Gus Abella (keepingmlml@yahoo.com)
To:      martinez@jambg.com; dkerbel@miamidade.gov;
Cc:      keepingmlml@yahoo.com; privatejudges@bellsouth.net;
Date:    Thursday, November 8, 2012 8:43 PM

I contacted the Mediator and the dates soon available are the following:

November 20th, 27th and 28th, and;
December 4th and 5th.

The time for these dates are either at 10 a.m. or 1 p.m.

The dates that I am comfortable are either Dec. 4th or Dec. 5th. I am not able to have the mediation on any of the dates on November.

Let me know of the date and time that best suit you.

Sincerely

Gus Abella

EXHIBIT "B"

Subject: Re: Abella v. Simon
From: Marcos Martinez (martinez@jambg.com)
To: keepingmlml@yahoo.com;
Cc: dkerbel@miamidade.gov;
Date: Friday, November 9, 2012 7:40 AM

Mr. Abella:

You timeline is overly-ambitious. I will remind you that the Trial Order [DE 108] sets a deadline of July 2, 2013 for the parties to have completed mediation and submitted a report on the outcome to the Court.

The November 13th deadline is merely for the filing a proposed order scheduling mediation.

Speak only on behalf of Ms. Simon, at a minimum I would like to depose you, your wife, and possibly your daughter prior to mediation. Please obtain mediation dates in February and provide you and you wife's dates of availability for depositions in January.

Dennis, does my proposed schedule work for you?

--Marcos Martinez

EXHIBIT "C"

Subject: Re: Abella v. Simon
From: Marcos Martinez (martinez@jambg.com)
To: keepingmlml@yahoo.com;
Cc: dkerbel@miamidade.gov;
Date: Monday, November 12, 2012 10:36 AM

Mr. Abella:

This email memorializes our telephone conference this morning. Although it was difficult to understand your screams and yells, one thing was crystal clear: You attempted to threaten my family and loved ones. Be advised that your actions are unlawful and will be brought to the attention of the Court and/or the authorities should they continue. You have nerve to try and speak to me that way. I have been nothing but courteous and profession to you. I demand the same from you.

The email that prompted your tirade merely requested deposition dates for you, your wife, and POSSIBLY your daughter prior to mediation. These are the "witnesses" you have personally mentioned several times during our discussions and upon whom you will likely rely upon as you try to prove your meritless case. If you are willing to stipulate that you will not call your daughter as a witness in this case, I will advise my client of your proposed stipulation and she may agree to forego the deposition in exchange. For the time being, however, please obtain mediation dates in February and provide dates for you and your wife's depositions in January. Also, please send me a proposed order scheduling mediation for my review. The deadline to file the order is tomorrow.

Marcos Martinez

EXHIBIT "D"