UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-20152- CIV-ALTONAGA/Simonton

**GUSTAVO ABELLA**,

    Plaintiff,

vs.

**TOWN OF MIAMI LAKES**, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court on Plaintiff's Motion for Sanctions Against Counsel Marcos Martinez ("Motion") [ECF No. 119], filed November 14, 2012. Civility is a worthy goal among adversaries. The Court suggests the parties limit their communications to e-mail or other written form to avoid further misunderstandings. Being fully advised, it is

**ORDERED AND ADJUDGED** that Motion **[ECF No. 119]** is **DENIED**.

**DONE AND ORDERED** at Miami, Florida, this 15th day of November, 2012.

                                                        **CECILIA M. ALTONAGA**
                                                        **UNITED STATES DISTRICT JUDGE**

cc:  counsel of record; Plaintiff, *pro se*