UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-cv-20152-CMA

GUSTAVO ABELLA,

    Plaintiff,

v.

OFFICER JUAN F. RODRIGUEZ, et al.,

    Defendants.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Gustavo Abella, and Defendants, Miami-Dade County, Officer Officer Juan Rodriguez, Officer Richard Baez, Officer Benjamin Rivera, and Major Frank Bocanegra, hereby stipulate to the dismissal of the above-styled action with prejudice and respectfully inform this Court that all matters and things in dispute between the parties have been amicably settled and adjusted; all liens, encumbrances and subrogated interests are to be paid by Plaintiff and Plaintiff's counsel out of the proceeds of the settlement herein; and each party is to bear its own costs and attorney's fees. The parties respectfully request that the Court retain jurisdiction to enforce the terms of the settlement.

Undersigned counsel, Gregory Samms, further stipulates that he has authority to sign and enter into this *Stipulation of Dismissal With Prejudice* on behalf of Plaintiff, Gustavo Abella. Undersigned counsel, Dennis A. Kerbel, further stipulates that he has authority to sign and enter into this *Stipulation of Dismissal With Prejudice* on behalf of Defendants.

CASE NO. 11-cv-20152-CMA

Respectfully submitted on this 20th day of June, 2014, by:

        R. A. CUEVAS, JR.
        Miami-Dade County Attorney
        Stephen P. Clark Center
        111 N.W. 1st Street, Suite 2810
        Miami, Florida 33128

By: *s/ Gregory Samms*       By: *s/ Dennis A. Kerbel*
Gregory A. Samms, Esq.      Abbie Schwaderer Raurell
Email: sammslaw@gmail.com      Dennis A. Kerbel
225 Alcazar Avenue      Assistant County Attorneys
Coral Gables, FL 33134      Florida Bar No. 28410 & 610429
FL Bar No.: 438863      Telephone: (305) 375-5151
Tel: (786) 953-5802      Facsimile: (305) 375-5634
Fax: (786) 513-3191      E-mail: ans1@miamidade.gov
*Lead Attorney for Plaintiff*      dkerbel@miamidade.gov
     *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by Notice of Electronic Filing on June 20th, 2014, on all counsel or parties of record on the Service List below.

        *s/ Dennis A. Kerbel*
        Assistant County Attorney

SERVICE LIST
CASE NO. 11-cv-20152-CMA
United States District Court, Southern District of Florida

Gregory A. Samms, Esq.      Abbie Schwaderer Raurell
Email: sammslaw@gmail.com      Dennis A. Kerbel
225 Alcazar Avenue      Assistant County Attorneys
Coral Gables, FL 33134      E-Mail: dkerbel@miamidade.gov
FL Bar No.: 438863      ans1@miamidade.gov
Tel: (786) 953-5802      Miami-Dade County Attorney's Office
Fax: (786) 513-3191      Stephen P. Clark Center
*Lead Attorney for Plaintiff*      111 N.W. 1st Street, Suite 2810
Service by Notice of Electronic Filing      Miami, Florida 33128
     Tel: (305) 375-5151
     Fax: (305) 375-5634
     *Attorneys for Defendants*
     Service by Notice of Electronic Filing