UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20152-CIV-ALTONAGA/O'SULLIVAN

GUSTAVO ABELLA,

        Plaintiff,

vs.

OFFICER JUAN RODRIGUEZ, et al.,

        Defendants.
_____/

## ORDER

THIS MATTER is before the Court following an informal discovery conference on September 4, 2014. Having heard from both parties and for the reasons stated on the record, it is

ORDERED AND ADJUDGED that the Court does not have jurisdiction over this case.

DONE AND ORDERED, in Chambers, at Miami, Florida, this **4th** day of September, 2014.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
All counsel of record

Copies mailed by Chambers to:
Gustavo A. Abella
7400 Miami Lakes Dr
D-108
Miami Lakes, FL 33014