UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20152-CIV-ALTONAGA/Simonton

**GUSTAVO ABELLA**,

    Plaintiff,
vs.

**TOWN OF MIAMI LAKES**, *et al.*,

    Defendants.
_____/

## ORDER

THIS CAUSE came before the Court on Plaintiff's Motion Requesting Reopening of Case [ECF No. 198]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **DENIED**. This matter was closed on June 23, 2014.

**DONE AND ORDERED** in Miami, Florida, this 31st day of October, 2018.

*[signature]*

**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record